IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE:

MEUNGHEE JOUNG,

  Debtor.                                                  No. 10-15997-j7

**OBJECTION OF BANK'34 TO DEBTOR**
**MEUNGHEE JOUNG'S MOTION TO CONVERT CASE TO**
**ONE UNDER CHAPTER 11**

      **COMES NOW**, the Creditor, BANK'34, by and through its counsel of record, Martin, Lutz, Roggow & Eubanks, P.C., by James A. Roggow, and objects to the Debtor's Motion to Convert Case to One Under Chapter 11, and as cause therefore, would show to the Court that the Debtor's action in this bankruptcy, and prior to this bankruptcy, have not been in good faith. Her Schedules and Statements only recently filed (and tardily filed at that), do not show, based upon her reported income versus her debts, any ability to reorganize anyways, but that as a result of the bad faith of the Debtor, the Debtor should be denied the ability to convert the case to one under Chapter 11.

      **WHEREFORE,** Creditor Bank'34 prays the Court deny the Debtor, Meunghee Joung's Motion to Convert the Case to One Under Chapter 11, and for such other and further relief as to the Court may seem just and equitable.

                                       **RESPECTFULLY SUBMITTED BY**:

                                       MARTIN, LUTZ, ROGGOW,
                                          & EUBANKS, P.C.

                                     By:   */s/ Submitted Electronically*
                                         James A. Roggow
                                         P. O. Drawer 1837
                                         Las Cruces, NM 88004-1837
                                         (575) 526-2449
                                         (575) 526-0946 Fax
                                         Attorney for Creditor BANK'34

## CERTIFICATE OF MAILING

The undersigned hereby certifies that he mailed via First Class Mail, Postage Pre-paid, a true and correct copy of the foregoing instrument to the following parties of record on this  11th  day of January, 2011:

Christopher M. Gatton
10400 Academy Rd., NE, Ste. 350
Albuquerque, NM 87111
Attorney for Debtor

Kieran F. Ryan, Trustee
PO Box 26
Las Cruces, NM 88004

Ron Andazola
Office of U.S. Trustee
PO Box 608
Albuquerque, NM 87103

Karen H. Bradley
4501 Indian School Road, NE, Suite 101
Albuquerque, NM 87110
Attorney for Chase Home Finance, LLC

Daniel M. Eliades
Forman, Holt, Eliades & Raven, LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
Attorney for Days Inn Worldwide

D. Renae Richards Charney
20 First Plaza NW, Suite 602
Albuquerque, NM 87102
Attorney for RBS Citizens, N.A.

Patti H. Bass
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712-1083                    /s/ Submitted Electronically
Attorney for HSBC Bank Nevada            James A. Roggow

-2-