UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO
Clerk's Minutes
MINUTES FOR FINAL MATTERS
Before the Honorable Robert H. Jacobvitz

_x_ Mari Garcia, Law Clerk
__ Chris Wilson, Courtroom Deputy

__ Patti G. Hennessy, Law Clerk

_x_ I certify that an electronic sound
recording of this proceeding was made.

FTR Recorded Proceeding_x__
Time Commenced: ___2:11_____

2/10/2011

TESTIMONY _n_
EXHIBITS    _n_

**CASE NAME/NUMBER**:
Continued PH: Debtor's Motion to Convert to Ch. 11 (Doc. 21)
Continued PH: Motion for Protective Order (Doc. 33)
FH: Motion for 2004 Exam (Doc. 18)
FH: Debtor's Motion to Continue 341 Meeting (Doc. 35)
Meunghee Joung, No. 7-10-15997-j7
Dtr: Chris Gatton, phone
Bank '34: Jim Roggow, phone
Tr: Kieran Ryan

**SUMMARY:** Court's ruling on: (1) Motion to Continue 341 Meeting - Court directs Debtor to attend 341 meeting, scope will be limited. Debtor's counsel to draft order and circulate. (2) Motion for Rule 2004 Exam/Motion for Protective Order- Court will permit Bank '34 to take 2004 Exam, produce documents as discussed at hearing. Parties to submit order containing ruling. Continued hearing set 2/23/2011 at 11:00 am. (3) Motion to Convert to Chapter 11- Hearing Continued to 2/23/2011 at 11:00 am.