UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

Meunghee Joung,

      Debtor.                         No. 10-15997-j7

## ORDER RESULTING FROM
## PRELIMINARY HEARING

THIS MATTER came before the Court on a preliminary hearing held on March 29, 2011, parties who appeared at the preliminary hearing are listed below.

**IT IS HEREBY ORDERED:**

A final hearing on Bank '34's Motion for Relief from Stay <u>and</u> on the Debtor's Motion to Convert to Chapter 11 (Doc. 21) is set for **Friday, May 6, 2011 at 9:00 am,** before the Honorable Robert H. Jacobvitz in the Sandia Courtroom, thirteenth floor, Dennis Chavez Federal Building and United States Courthouse, 500 Gold Avenue SW, Albuquerque, New Mexico. Any expert witness may appear via video conference from the Federal Building and United States Courthouse, 100 N. Church, Las Cruces, New Mexico, by emailing Judge Jacobvitz's chambers at *jacobvitzstaff@nmcourt.fed.us.*

Witness lists and exhibit lists shall be filed of record by **Friday, April 15, 2011**. Any appraisal or expert reports to be used at the evidentiary hearing shall be exchanged by **Friday, April 15, 2011.** Any other exhibits to be used by any party at a final hearing must be exchanged by **Friday, April 22, 2011**, except for exhibits that cannot reasonably be produced by that time (*e.g.,* rebuttal exhibits that cannot reasonably be anticipated and exhibits based on events that transpired on or very close to the date of the scheduled hearing). Failure to timely provide exhibits may result in the exclusion of the exhibits at the final hearings.

*/s/ Robert H. Jacobvitz*
_____
ROBERT H. JACOBVITZ
United States Bankruptcy Judge

Date entered on docket: 4/14/11

Copy to:

Christopher M. Gatton
Law Office of George Dave Giddens, PC
Attorney for Debtor
10400 Academy Rd., #350
Albuquerque, NM 87111

James A. Roggow
Attorney for Bank '34
P. O. Drawer 1837
Las Cruces, NM 88004-1837

Kieran F. Ryan, Trustee
PO Box 26
Las Cruces, NM 88004-0026

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608